## 20784. TROUTMAN *v.* THE STATE.

BROYLES, C. J., 1. In the light of the entire charge of the court and the facts of the case, the grounds of the motion for a new trial alleging errors of commission and of omission in the charge are without substantial merit.

2. The verdict was amply authorized by the evidence, the charge was full and fair and clearly presented the contentions of the accused, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1930.

*Wallace & Wallace,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.